# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM HOLDRIDGE,  :  <br>       Plaintiff, : <br> : <br> v. : <br> : <br> EXPERIAN INFORMATION : <br> SOLUTIONS, INC., and : <br> BANK OF AMERICA CORP., : <br>       Defendants. : | CIVIL ACTION <br> No. 16-4691 |

## ORDER

This 19th day of April, 2017, having considered Defendant Bank of America's Motion to Dismiss (Dkt. 16) Plaintiff's Response (Dkt. 22) and Defendant's Reply (Dkt. 23), it is hereby **ORDERED** that Defendant's motion is **DENIED**.

                                                                                             /s/ Gerald Austin McHugh
                                                                   United States District Judge